IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHANIE HARPER,

        Plaintiff,

v.                                     CASE NO. 4:21cv85-RH-MJF

MARK GLASS,

        Defendant.

_____/

## ORDER CONFIRMING WITHDRAWAL
## OF THE ATTORNEY'S FEE MOTION

The motion, ECF No. 155, to withdraw the fee motion, ECF No. 148, is granted. The clerk must close those motions.

SO ORDERED on November 25, 2024.

                                       s/Robert L. Hinkle
                                       United States District Judge